UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

In re:
**William A. Beyah and**
**Wadeeah Y. Beyah**,   Bankruptcy Case No.: 10-81894

Soc. Sec. Nos. xxx-xx-5914 & xxx-xx-7464
Mailing Address: 5110 Partridge Street, ,
Durham, NC 27704-

                                        Debtors.

**William A. Beyah and**
**Wadeeah Y. Beyah**,   A.P. No.:_____
                                 Plaintiffs,

**Household Realty Corporation,**
                                 Defendant.

## VERIFICATION OF COMPLAINT TO VALUE COLLATERAL

We, William A. Beyah and Wadeeah Y. Beyah, the Plaintiffs in the above captioned case, hereby state, under penalty of perjury, that, to the best of our knowledge, that:

1. Household Realty Corporation holds a first Deed of Trust on such property with an payoff balance, as of the date this case was filed in the amount of approximately $132,071.46, as indicated on the proof of claim filed on November 17, 2010. This Deed of Trust was recorded on August 29, 2003, in Book 4084 at Page 1, Durham County Registry of Deeds.

2. Household Realty Corporation holds a second Deed of Trust on such property with a payoff balance, as of the date this case was filed in the amount of approximately $25,996.46. This Deed of Trust was recorded on June 2, 2006, in Book 5232 at Page 510, Durham County Registry of Deeds.

3. The fair market value of the said property is not greater than $128,975.40.
4. The Deed of Trust held and/or serviced by the Defendant takes an additional security interest in, among other personal property, our escrow account.

Dated: 6/21/2011

                                                          /s/William A. Beyah_____
                                                          William A. Beyah

Dated: <u>6/21/2011</u>

        /s/Wadeeah Y Beyah
        Wadeeah Y. Beyah

**Notarization:**

Sworn and subscribed before me on <u>6/21/2011</u>

<u>/s/Rosemarie P. Dowdy</u>
Signature of Notary Public

Commission expires:   <u>6/7/2015</u>

Affix Seal or Stamp