UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

In re:

**William A. Beyah and
Wadeeah Y. Beyah**,

Bankruptcy Case No.: 10-81894

Soc. Sec. Nos. xxx-xx-5914 & xxx-xx-7464
Mailing Address: 5110 Partridge Street, , Durham, NC 27704-

Debtors.

**William A. Beyah and
Wadeeah Y. Beyah**,

A.P. No.:11-9063

Plaintiffs,

**Household Realty Corporation,**

Defendant.

## CERTIFICATE OF SERVICE

I, Renee Nolte, certify that service of the **Summons** issued in this adversary proceeding, together with a copy of the **Complaint**, was made on 6/30/2011, by:
Mail service: **Regular, first class United States mail**, postage fully pre-paid, addressed to:

Richard M. Hutson, II
Chapter 13 Trustee
Post Office Box 3613
Durham, N C 27702

Michael D. West
Bankruptcy Administrator
Post Office Box 1828
Greensboro, NC 27402

Household Realty Corporation
**Attn: Managing Agent**
C/O Hsbc Mortgage Services, Inc.
Post Office Box 21188
Egan, MN 55121-8191

John Schlotter
**Attorney**
C/O Aldridge Connors Llp
780 Johnson Ferry Road # 600
Alanta, GA 30342-0076

and <u>also</u> by **certified mail, return receipt requested**, addressed to:

Household Realty Corporation
**Attn: Managing Agent**
C/O Hsbc Mortgage Services, Inc.
Post Office Box 21188
Egan, MN 55121-8191

Under penalty of perjury, I declare that the foregoing is true and correct.

Date:6/30/2011

/s Renee Nolte

Renee Nolte