# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF NORTH CAROLINA
# DURHAM DIVISION

In re:

**WILLIAM A. BEYAH & WADEEAH Y. BEYAH**,

Bankruptcy Case No.: 10-81894

Social Security Nos. xxx-xx-5914 & xxx-xx-7464
Mailing Address: 5110 Partridge Street, , Durham, NC 27704-

                        Debtors.

**WILLIAM A. BEYAH & WADEEAH Y. BEYAH**,

A.P. No.: 11-9063

                        Plaintiffs,

**HOUSEHOLD REALTY CORPORATION,**
                        Defendant.

## AFFIDAVIT FOR ENTRY OF DEFAULT

County of Durham        }
State of North Carolina    }

The undersigned attorney, being duly sworn, deposes and says:

1. Plaintiffs commenced this adversary proceeding, pursuant to 11 U.S.C. §§ 506, 1322(b)(2), 1325(a)(5) and 1327 (c), to value the collateral securing the mortgage lien held by the Defendant, and to thereby determined the secured status of said mortgage.

2. The Summons was issued on June 27, 2011.

3. In accordance with the provisions of Bankruptcy Rule 7012(a), the Summons provided a thirty (30) day limit for the Defendant to file an Answer or submit a motion to the Court.

4. The Verified Complaint in this proceeding was served upon the Defendant on June 30, 2011, as verified by the Affidavit of Service filed with the Clerk of Court.

5. That no Answer or Motion has been received by Plaintiffs or, upon information and belief, by the Court, within the said thirty (30) day time limit.

6. The Defendant is not in military service, and the Defendant is neither infant in age nor incompetent.

          /s Edward Boltz
_____
Edward Boltz

Sworn to before me on August 23, 2011

  /s Koury L. Hicks
_____
Koury L. Hicks, Notary Public
Commission expires 7/29/2012
  --- /s  NOTARY: SEAL AFFIXED HERE ---