# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF NORTH CAROLINA
# DURHAM DIVISION

IN RE:

**WILLIAM A. BEYAH & WADEEAH Y. BEYAH**,

BANKRUPTCY CASE NO.: 10-81894

Social Security Nos. xxx-xx-5914 & xxx-xx-7464
Mailing Address: 5110 Partridge Street, , Durham, NC 27704-

DEBTORS

**WILLIAM A. BEYAH & WADEEAH Y. BEYAH**,

A.P. NO.: 11-9063

PLAINTIFFS,

**HOUSEHOLD REALTY CORPORATION,**

DEFENDANT

## ENTRY OF DEFAULT

It appears from the record that the following Defendant failed to plead or otherwise defend in this case as required by law.

Name:
**HOUSEHOLD REALTY CORPORATION**

Therefore, default is entered against the Defendant, as authorized by Bankruptcy Rule 7055.

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

In re:
**WILLIAM A. BEYAH & WADEEAH Y. BEYAH**,

Bankruptcy Case No.: 10-81894

Social Security Nos. xxx-xx-5914 & xxx-xx-7464
Mailing Address: 5110 Partridge Street, , Durham, NC 27704-
Debtors.

**WILLIAM A. BEYAH & WADEEAH Y. BEYAH**,

A.P. No.: 11-9063

Plaintiffs,

**HOUSEHOLD REALTY CORPORATION,**
Defendant.

## SERVICE LIST FOR ENTRY OF DEFAULT

| | |
|---|---|
| Richard M. Hutson, II<br>Chapter 13 Trustee<br>Post Office Box 3613<br>Durham, N C 27702 | HOUSEHOLD REALTY CORPORATION<br>**Attn: Managing Agent**<br>C/O Hsbc Mortgage Services, Inc.<br>Post Office Box 21188<br>Egan, MN 55121-8191 |
| U.S. Bankruptcy Administrator<br>Post Office Box 1828<br>Greensboro, N.C. 27401 | |
| WILLIAM A.& WADEEAH Y. BEYAH<br>5110 Partridge Street<br>Durham, NC 27704- | John Schlotter<br>Attorney<br>c/o Aldridge Connors LLP<br>780 Johnson Ferry road # 600<br>Alanta, GA 30342-0076 |
| Law Offices of John T. Orcutt, P.C.<br>Attorney for Plaintiffs<br>6616-203 Six Forks Rd.<br>Raleigh, N.C. 27615 | |