UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

IN RE:

**WILLIAM A. BEYAH & WADEEAH Y. BEYAH**,

BANKRUPTCY CASE NO.: 10-81894

Social Security Nos. xxx-xx-5914 & xxx-xx-7464
Mailing Address: 5110 Partridge Street, , Durham, NC 27704-
DEBTORS

**WILLIAM A. BEYAH & WADEEAH Y. BEYAH**,

Plaintiffs,

A.P. NO.: 11-9063

**HOUSEHOLD REALTY CORPORATION,**
DEFENDANT

### JUDGMENT BY DEFAULT

**DEFAULT HAS BEEN ENTERED** against the Defendant **HOUSEHOLD REALTY CORPORATION** by the Clerk of Court in this action to value collateral and to determine the secured status of said claim held by the Defendant. Thereafter, on application of the Plaintiffs, judgment is entered against said Defendant in favor of the Plaintiffs as follows:

1. This matter is a core proceeding pursuant to 28 U.S.C. § 157, and that the court has jurisdiction pursuant to 28 U.S.C. §§ 151, 157 and 1334;

2. The Defendant in this proceeding, and all other parties in interest, were duly served with the Summons and Verified Complaint. The Summons and Verified Complaint were mailed by certified mail on 6/30/11 to the Defendant at each of the following address(es):

    HOUSEHOLD REALTY CORPORATION, Attn: Managing Agent, at C/O Hsbc Mortgage Services, Inc., Post Office Box 21188, Egan, MN 55121-8191

    In addition, the Summons and Verified Complaint were mailed to the same Defendant at the same address(es) by regular first-class mail;

3. That the Defendant has failed to answer the Verified Complaint or otherwise defend this adversary proceeding as provided by the Bankruptcy Rules, that the Defendant is not in the military and is neither infant in age nor incompetent, and that the Plaintiffs are entitled to

judgment by default;

4. That further, the Defendant has mailed a copy of the Motion for Entry of Judgment by Default by regular first-class mail to the same address as previously listed herein and has failed to file a response thereto;

5. That Household Realty Corporation holds a first Deed of Trust on such property with an payoff balance, as of the date this case was filed in the amount of approximately $132,071.46, as indicated on the proof of claim filed on November 17, 2010. This Deed of Trust was recorded on August 29, 2003, in Book 4084 at Page 1, Durham County Registry of Deeds.

6. The fair market value of the said property is not greater than $128,975.40.

7. This action was properly commenced, in accordance with 11 U.S.C. §§ 506, 1322(b)(2), 1325(a)(5) and 1327 (c) of the Bankruptcy Code and Section 7001 of the Bankruptcy Rules, and that there is just cause to grant the relief requested, as it would appear that the claim of HOUSEHOLD REALTY CORPORATION, secured by a Deed of Trust (recorded on June 2, 2006 in Book 5232 at Page 510, Durham County Registry of Deeds), is an unsecured claim, and therefore, in accordance with 11 U.S.C. §§ 506(a), 1322(b)(2), 1325(a)(5) and 1327 (c), that the lien imposed by said Deed of Trust is void.

**NOW THEREFORE, IT IS THEREFORE ADJUDGED, ORDERED AND DECREED** that pursuant to Bankruptcy Rule 7055, the Court hereby orders:

1. That a default judgment be entered against the Defendant;

2. Accordingly, the claim held by HOUSEHOLD REALTY CORPORATION is deemed to be an unsecured claim, to be treated as a general unsecured claim in the Plaintiffs' Chapter 13 plan;

3. That HOUSEHOLD REALTY CORPORATION shall cancel, pursuant to N.C.G.S. § 45-36.9, said Deed of Trust (recorded on June 2, 2006 in Book 5232 at Page 510, Durham County Registry of Deeds) within thirty (30) days of the entry of the Plaintiffs' discharge pursuant to 11 U.S.C. § 1328(a);

4. That upon the granting of the Plaintiffs' discharge and in accordance with the requirements of N.C.G.S. §47-29, the Register of Deeds for the County of Durham, North Carolina, may record in the office of said Register of Deeds a copy of this order, together with a copy of the discharge order issued in this bankruptcy case upon being presented with certified copies thereof.

5. This Court retains jurisdiction regarding this judgment.

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

In re:
**WILLIAM A. BEYAH & WADEEAH Y. BEYAH**,     Bankruptcy Case No.: 10-81894

Social Security Nos. xxx-xx-5914 & xxx-xx-7464
Mailing Address: 5110 Partridge Street, , Durham, NC 27704-
                                 Debtors.

**WILLIAM A. BEYAH & WADEEAH Y. BEYAH**,     A.P. No.: 11-9063
                Plaintiffs,

**HOUSEHOLD REALTY CORPORATION,**
                Defendant.

## SERVICE LIST FOR JUDGMENT BY DEFAULT

Richard M. Hutson, II
Chapter 13 Trustee
Post Office Box 3613
Durham, N C 27702

HOUSEHOLD REALTY CORPORATION
**Attn: Managing Agent**
C/O Hsbc Mortgage Services, Inc.
Post Office Box 21188
Egan, MN 55121-8191

U.S. Bankruptcy Administrator
Post Office Box 1828
Greensboro, N.C. 27401

WILLIAM A. & WADEEAH Y. BEYAH
5110 Partridge Street
Durham, NC 27704-

John Schlotter
Attorney
c/o Aldridge Connors LLP
780 Johnson Ferry road # 600
Alanta, GA 30342-0076

Law Offices of John T. Orcutt, P.C.
Attorney for Plaintiffs
6616-203 Six Forks Rd.
Raleigh, N.C. 27615